■ ROBERT BELANGER, an Infant, by His Parent and Natural Guardian, JOSEPH BELANGER, et al., Respondents, v JOHN W. YOUNG, as Administrator of the Estate of RALPH A. SIMEONI, Deceased, Defendant, and JUNE SIMEONI,

Appellant. — Appeal unanimously dismissed, without costs, upon stipulation. (Appeal from order of Supreme Court, Monroe County, Siracuse, J. — change of venue.) Present — Simons, J. P., Hancock, Jr., Doerr, Boomer and Schnepp, JJ.